PETER OKIE WEISS, ESQ. (CA SBN 324117)
PANGEA LEGAL SERVICES
391 SUTTER ST., SUITE 500
SAN FRANCISCO, CA 94108
TEL.  (415) 547-9382
FAX. (415) 593-5335
pete@pangealegal.org

*Pro Bono Attorney for Petitioner*

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MYKE JONATHAN CUX JOCOP,
a.k.a. Mike Cux Jocop**,**

                  *Petitioner*,

        v.

SERGIO ALBARRAN, Field Office Director
of the San Francisco Field Office of U.S.
Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director of
U.S. Immigration and Customs Enforcement;
KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security; and
PAMELA BONDI, Attorney General of the
United States,

                  *Respondents*.

Case No.: 3:25-cv-09059-JD

**STIPLUATED BRIEFING SCHEDULE**

1    Pursuant to the Court's Order, Dkt. 10, and subject to the Court's approval, the parties

2  jointly propose the following briefing schedule: Respondents may have until February 26, 2025

3  to file their response to the Petitioner's petition for a writ of habeas corpus, and Petitioner may

4  have until April 27, 2025 to file his reply.

5

6    Dated: November 26, 2025          Respectfully submitted,

7                                                              /s/ Peter Weiss
                                                               PETER WEISS
8                                                              *Pro Bono* Attorney for Mr. Cux Jocop

9
                                                               CRAIG H. MISSAKIAN
10                                                             United States Attorney

11                                                             /s/ Molly Friend
                                                               MOLLY A. FRIEND
12                                                             Assistant United States Attorney

13

14

15

16         ***Attestation Pursuant to Civil L.R. 5-1(h)(3)**

17      As the filer of this document, I attest that I obtained concurrence from Molly Friend in

18  the filing of this document.

19
      Dated: November 26, 2025          /s/ Peter Weiss
20                                                             PETER WEISS
                                                               *Pro Bono* Attorney for Mr. Cux Jocop
21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED. Respondents'

3   Response to Petitioner's petition for a writ of habeas corpus is due February 26, 2026.

4   Petitioner may file a reply by April 27, 2026.

5   DATED: December 2, 2025

6

7                                          _____
                                           HON. JAMES DONATO
8                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28