UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: October 1, 2026 Judge: Hon. James Donato

Time: 6 Minutes

Case No. **3:25-cv-09059-JD**
Case Name **Cux Jocop v. Albarran et al**

Attorney(s) for Plaintiff(s): Peter Okie Weiss
Attorney(s) for Defendant(s): Michael Starrett

Deputy Clerk: Lisa R. Clark Court Reporter: Jana Colter

PROCEEDINGS

Motion Hearing -- Held.

NOTES AND ORDERS

For the reasons stated on the record, petitioner Myke Jonathan Cux Jocop's motions for a temporary restraining order and to enforce the Court's preliminary injunction are denied.